IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BHAVNA KUMAR

VS.                                                          CIVIL ACTION NO. 1:07CV263-DAS

ARVIND KUMAR, individually and as Manager
of Mit-Sar L.L.C. and MIT-SAR L.L.C.

## ORDER

This matter is before the court to address a matter discussed at the conclusion of this trial on December 11, 2008. At that time, the court denied the plaintiff's motion for a preliminary injunction and stated its reasons on the record. Subsequently, however, the court informed counsel that if they could agree to any of the portion of the injunction sought, the court would consider an agreed order to that effect. The court has now been made aware that the parties cannot agree to any portion of the plaintiff's motion, and thus, the court's decision denying the motion in whole stands.

As an additional matter, the court orders the parties to submit to the court proposed findings of fact and conclusions of law no later than January 9, 2009.

SO ORDERED, this the 17th day of December 2008.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE