UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**Bhavna Kumar**

v.  Civil Action No. 1:07CV263-DAS

**Arvind Kumar, Individually and as
Manager of Mit-Sar L.L.C.; Mit-Sar L.L.D.,
A Mississippi LLC**

### ABSTRACT OF JUDGMENT

| | |
|---|---|
| Debtor's Name/Address: | Arvind Kumar<br>1200 Highway 45 North<br>Columbus, MS 39705 |
| Creditor's Name: | Bhavna Kumar |
| Date of Judgment | April 30, 2009 |
| Principal Amount:<br>Costs: | $70,000.00 |

Date of Payment of Satisfaction - Remarks:

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, do hereby certify that the foregoing is a true and correct abstract of judgment in the case above set forth, and that said judgment remains in full force and effect as appears from the records in my office.

GIVEN under my hand and seal of said court, at Aberdeen, Mississippi, this 7th day of May, 2009.

DAVID CREWS, CLERK

By: *Debi Houston*
Debi Houston
Deputy Clerk/Case Manager